Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555 Fax: (415) 928-4084
Attorney for Defendant THE SAN FRANCISCO DEPUTY
SHERIFFS' FOUNDATION INC, and Defendant DAVID WONG



FILED
SEP 26 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Deputy Sheriff's Association of the City and County of San Francisco, d/b/a San Francisco Deputy Sheriffs' Association, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO DEPUTY SHERIFFS' FOUNDATION, INC., d/b/a San Francisco Deputy Sheriffs' Association Foundation, California corporation; DAVID WONG.<br><br>Defendants. | Case No. CV-12-3823 SBA<br><br>**APPLICATION FOR ORDER AND ORDER FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT THE SAN FRANCISCO DEPUTY SHERIFFS' FOUNDATION INC, AND DEFENDANT DAVID WONG** |

Defendant THE SAN FRANCISCO DEPUTY SHERIFFS' FOUNDATION INC, and Defendant DAVID WONG hereby request the court permit the substitution of their attorney, and hereby substitute as our attorney from David Ongaro, ONGARO BURTT & LOUDERBACK LLP, 650 California Street, 5th Floor, San Francisco, California 94108 (415) 433-3900, to Lawrence D. Murray, MURRAY & ASSOCIATES, 1781 Union Street, San Francisco, California, 94123 (415) 673-0555.

Date: 9/19/2012

David Wong, President
For the Defendant THE SAN FRANCISCO DEPUTY
SHERIFFS' FOUNDATION INC

Date: 9/19/2012

David Wong
As an individual

---

SFDSA vs. SFDSA; USDC Northern Dist. of CA Case No. CV-12-3823-SBA                Page 1
Application For Order And Order For Substitution Of Attorney For Defendant The San Francisco
Deputy Sheriffs' Foundation Inc, And Defendant David Wong

I accept the substitution:

ONGARO BURTT & LOUDERBACK LLP

DATED: September 24, 2012

_____
David Ongaro

I accept the substitution:

MURRAY & ASSOCIATES

DATED: Sept 24, 2012

_____
Lawrence D. Murray
Attorney for Defendant DAVID WONG

**ORDER OF THE COURT ON APPLICATION FOR ORDER FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT THE SAN FRANCISCO DEPUTY SHERIFFS' FOUNDATION INC, AND DEFENDANT DAVID WONG**

The foregoing Substitution of Attorney is the order of the court:

DATED: 9/26/12

_____
SANDRA BROWN ARMSTRONG
United States District Court Judge