UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Deputy Sheriff's Association of the City and County of San Francisco, d/b/a San Francisco Deputy Sheriffs' Association, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAN FRANCISCO DEPUTY SHERIFFS' FOUNDATION, INC., d/b/a San Francisco Deputy Sheriffs' Association Foundation, a California corporation; DAVID WONG,<br><br>　　　　　Defendants. | Case No:  C 12-3823 SBA<br><br>**ORDER**<br><br>Docket 19 |

　　　The parties are presently before the Court on Plaintiff's motion for leave to file an amended complaint. Dkt. 19. Defendants do not oppose the motion. Dkt. 26.

　　　Accordingly,

　　　IT IS HEREBY ORDERED THAT:

　　　1.　Plaintiff's motion for leave to file an amended complaint is GRANTED. Plaintiff shall file the proposed amended complaint submitted in connection with its motion for leave to file an amended complaint no later than two (2) days from the date this Order is filed.

　　　2.　The hearing scheduled for November 20, 2012 is VACATED.

　　　3.　This Order terminates Docket 19.

　　　IT IS SO ORDERED.

Dated:  11/14/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge