DAVID P. MASTAGNI, ESQ. (SBN 57721)
dmastagni@mastagni.com
DAVID E. MASTAGNI, ESQ. (SBN 204244)
dave@mastagni.com
ISAAC S. STEVENS, ESQ. (SBN 251245)
istevens@mastagni.com
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Deputy Sheriff's Association of the City and County of San Francisco, *d/b/a* San Francisco Deputy Sheriffs' Association, a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO DEPUTY SHERIFFS' FOUNDATION, INC., *d/b/a* San Francisco Deputy Sheriffs' Association Foundation, a California corporation; DAVID WONG.<br><br>　　　　　　　　Defendants.<br>_____ | **CASE NO. CV-12-3823 SBA**<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>**Fed. R. Civ. P. 41(a)(2)** |

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

---

MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

STIPULATION AND ORDER
FOR DISMISSAL　　　　-1-　　　*SFDSA v. SFDSF, et al.*
USDC Northern Dist. Case No. CV-12-3823 SBA

1  The parties to this action, Plaintiff, Deputy Sheriff's Association of the City and County
2  of San Francisco, *d/b/a* San Francisco Deputy Sheriffs' Association, a California corporation and
3  Defendants San Francisco Deputy Sheriffs' Foundation and David Wong, by and through their
4  respective attorneys of record, hereby request dismissal of the above-entitled matter, in its
5  entirety, with prejudice, pursuant to the Settlement Agreement and Mutual Release entered into
6  by the parties on February 18, 2013.  Each party shall bear their own fees and costs except as
7  provided for in the Settlement Agreement and Mutual Release.

9  Respectfully submitted,

**MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN, A.P.C.**

Dated: April 5, 2013                By:      */s/ Isaac S. Stevens*
                                         ISAAC S. STEVENS
                                         Attorneys for Plaintiff

**MURRAY & ASSOCIATES**

Dated: April 5, 2013                By:      */s/ Lawrence D. Murray*
                                         LAWRENCE D. MURRAY
                                         Attorney for Defendants

**ORDER FOR DISMISSAL**

IT IS SO ORDERED.

Dated : April 8, 2013               _____
                                    HON. SAUNDRA BROWN ARMSTRONG
                                    Senior District Judge

---

STIPULATION AND ORDER                                    *SFDSA v. SFDSF, et al.*
FOR DISMISSAL                          -2-       USDC Northern Dist. Case No. CV-12-3823 SBA

MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811