1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   dmastagni@mastagni.com
2  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   dave@mastagni.com
3  ISAAC S. STEVENS, ESQ. (SBN 251245)
   istevens@mastagni.com
4  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER & JOHNSEN**
5  *A Professional Corporation*
   1912 "I" Street
6  Sacramento, California 95811-3151
   Telephone: (916) 446-4692
7  Facsimile: (916) 447-4614

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Deputy Sheriff's Association of the City and County of San Francisco, *d/b/a* San Francisco Deputy Sheriffs' Association, a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>SAN FRANCISCO DEPUTY SHERIFFS' FOUNDATION, INC., *d/b/a* San Francisco Deputy Sheriffs' Association Foundation, a California corporation; DAVID WONG.<br><br>  Defendants.<br>_____ | **CASE NO. CV-12-3823 SBA**<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Fed. R. Civ. P. 41(a)(2) |

\\\
\\\
\\\
\\\
\\\
\\\
\\\

MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

STIPULATION AND ORDER
FOR DISMISSAL                   -1-

*SFDSA v. SFDSF, et al.*
USDC Northern Dist. Case No. CV-12-3823 SBA

The parties to this action, Plaintiff, Deputy Sheriff's Association of the City and County of San Francisco, *d/b/a* San Francisco Deputy Sheriffs' Association, a California corporation and Defendants San Francisco Deputy Sheriffs' Foundation and David Wong, by and through their respective attorneys of record, hereby request dismissal of the above-entitled matter, in its entirety, with prejudice, pursuant to the Settlement Agreement and Mutual Release entered into by the parties on February 18, 2013. Each party shall bear their own fees and costs except as provided for in the Settlement Agreement and Mutual Release.

Respectfully submitted,

**MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN, A.P.C.**

Dated: April 5, 2013        By:   */s/ Isaac S. Stevens*
                                  ISAAC S. STEVENS
                                  Attorneys for Plaintiff

**MURRAY & ASSOCIATES**

Dated: April 5, 2013        By:   */s/ Lawrence D. Murray*
                                  LAWRENCE D. MURRAY
                                  Attorney for Defendants

**ORDER FOR DISMISSAL**

IT IS SO ORDERED.

Dated : April 8, 2013          *[signature]*
                               HON. SAUNDRA BROWN ARMSTRONG
                               Senior District Judge

STIPULATION AND ORDER FOR DISMISSAL    -2-    *SFDSA v. SFDSF, et al.*  USDC Northern Dist. Case No. CV-12-3823 SBA

MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811